MICHIGAN CENT. R. CO. v. MURPHY. (Circuit Court of Appeals, Sixth Circuit. December 5, 1898.) No. 581. In Error to the Circuit Court of the United States for the Western District of Michigan. Crane, Norris & Stevens and Ashley Pond, for plaintiff in error. L. A. Tabor, for defendant in error. Dismissed per stipulation.

---

MOSS v. DOWNMAN. (Circuit Court of Appeals, Eighth Circuit. September 1, 1898.) No. 1,041. Appeal from the Circuit Court of the United States for the District of Minnesota. Appeal to the supreme court of the United States allowed. See 82 Fed. 810; 31 C. C. A. 447, 88 Fed. 181.

---

NUNEMACHER v. THOMAS et al. (Circuit Court of Appeals, Fifth Circuit. November 8, 1898.) No. 645. Appeal from the Circuit Court of the United States for the Southern District of Georgia. Isaac Hardeman, B. M. Davis, and C. M. Turner, for appellant. Marion Erwin, for appellees. Dismissed, pursuant to the twentieth rule.

---

THE PHILLIPS EATON. (Circuit Court of Appeals, First Circuit. September 2, 1898.) No. 256. Appeal from the District Court of the United States for the District of Maine. George E. Bird, for appellants. Benjamin Thompson, for appellee. Before COLT, Circuit Judge, and ALDRICH, District Judge. Dismissed, without costs.

---

In re PUT-IN-BAY WATERWORKS, LIGHT & RAILWAY CO. (Circuit Court of Appeals, Sixth Circuit. May 24, 1898.) No. 619. Petition for a writ of mandamus requiring the Hon. Henry F. Severens, acting as circuit judge, to dismiss the case of Electrical Supply Co. v. Industrial & Mining Guaranty Co., under the decision of this court in 16 U. S. App. 196, 7 C. C. A. 471, and 58 Fed. 732. Foraker, Outcalt, Granger & Prior, for petitioner. William C. Cochran and Parks & Van Campen, opposing. Denied.

---

SMITH et al. v. GREAT NORTHERN RY. CO. (Circuit Court of Appeals, Ninth Circuit. September 6, 1898.) No. 456. Appeal from the Circuit Court of the United States for the Eastern Division of the District of Washington. W. A. Lewis, for appellants. Will H. Thompson, for appellee. Dismissed, without costs to either party, per stipulation.

---

STROBEL et al. v. FERST et al. (Circuit Court of Appeals, Fourth Circuit. November 5, 1898.) No. 249. Appeal from the Circuit Court of the United States for the District of South Carolina. William A. Barber, Atty. Gen., for appellants. Mordecai & Gadsden and Howell, Gruber & Bostick, for appellees. No opinion. Reversed, and cause remanded to the circuit court, with instructions to dismiss the complainants' bill; appellants to recover costs in this court.